443 A.2d 385

Commonwealth v. Survis, Appellant.

Argued February 3, 1981. John M. Wajert, for appellant; Joseph J. Devanney, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, POPOVICH and WATKINS, JJ.

Order affirmed.

443 A.2d 385

Commonwealth v. Thoma, Appellant.

Argued April 14, 1981. Patricia McCommon, for appellant; Stella L. Smetanka, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and SHERTZ, JJ.

The order of August 22, 1980 is affirmed.

CAVANAUGH, J., concurred in the result.

SHERTZ, J., did not participate in the consideration or decision of this case.